UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA AUDREANETTE GAMBLE, | No. 2:22-cv-08204-SHK |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: April 18, 2023

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE